**Ernest WOODWORTH**

v.

**Fred CARTER et al.**

No. 79–325–A.

Supreme Court of Rhode Island.

Jan. 24, 1980.

Levy, Goodman, Semonoff & Gorin, Richard J. Israel, Providence, for plaintiff.

Nancy A. Palmisciano, Providence, for defendant Fred Carter.

## ORDER

The plaintiff's motion to dismiss this appeal is denied on condition that defendant file a complete transcript of the proceedings below. The motion to affirm is denied without prejudice to its being renewed after the transcript is filed.

DORIS, J., did not participate.

■

**Armand BILOTTI**

v.

**KAISER ALUMINUM & CHEMICAL CORP.**

No. 79–72–A.

Supreme Court of Rhode Island.

Jan. 29, 1980.

Lovett & Linder, Ltd., Raul L. Lovett, Providence, for petitioner.

Quinn, Cuzzone & Geremia, Bruce Q. Morin, Providence, for respondent.

## ORDER

Respondent is hereby ordered to appear before this Court on Monday, March 3, 1980, at 9:30 a. m. to Show Cause why its appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court.